# Certificate Under Act of Congress

STATE OF LOUISIANA
PARISH OF ST. TAMMANY  } ss

I, *Melissa R. Henry* , Clerk of the Twenty-Second Judicial District Court, in and for the Parish of St. Tammany, State of Louisiana, and keeper of the records, files and seal of said Court, do hereby certify, that the foregoing and annexed is a true, full and complete copy of the original as fully as the same appears from the records and files of said Court now remaining in my office, and that said Court is a Court of record.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Court at Covington, Louisiana, this 17th day of September, A.D., 20 21 .

Clerk of the Twenty-Second Judicial
District Court In and for the Parish
of St. Tammany, State of Louisiana

STATE OF LOUISIANA
PARISH OF ST. TAMMANY  } ss

I, *Richard Swartz,* Judge of the Twenty-Second Judicial District Court, in and for the Parish of St. Tammany, State of Louisiana, do hereby certify that *Melissa R. Henry* , whose name and genuine signature is subscribed to the foregoing certificate of attestation, now is, and was, at the time of signing and sealing the same, Clerk of said Court, and keeper of the records, files and seal thereof duly elected and qualified to office; that full faith and credit are and of right ought to be given to all of his official acts, as such, in all courts of record elsewhere, and that said attestation is in due form of law and by the proper officer.

Given under my hand and the seal of said Court this 17th day of September, A.D., 20 21 .

Judge of the Twenty-Second Judicial
District Court In and for the Parish
of St. Tammany, State of Louisiana

DEFENDANT'S
EXHIBIT
A

STATE OF LOUISIANA
PARISH OF ST. TAMMANY  } ss

I, *Melissa R. Henry* , Clerk of the Twenty-Second Judicial District Court, in and for the Parish of St. Tammany, State of Louisiana, do hereby certify that *Richard Swartz,* whose genuine signature appears on the foregoing Certificate, was, at the time of signing the same, Judge of said Court, duly elected, commissioned and qualified in accordance with the laws of the State of Louisiana; that full faith and credit are and of right ought to be given to all his official acts, as such, in all Courts of record and elsewhere.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Court at Covington, Louisiana, this 17th day of September, A.D. 20 21 .

Clerk of the Twenty-Second Judicial
District Court In and for the Parish
of St. Tammany, State of Louisiana

K-35

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST.TAMMANY

STATE OF LOUISIANA

No.:   2 0 2 1 · 1 3 4 9 6                          DIVISION: "A"

GENEVA JAMES

VERSUS

ROSS DRESS FOR LESS, INC.

FILED: _____ AUG 0 9 2021 _____

Sandra Burris, Deputy Clerk

DEPUTY CLERK:

**PETITION FOR DAMAGES**

NOW INTO COURT, through the undersigned counsel comes petitioner, **GENEVA**

**JAMES**, a person of the full age of majority and a resident of the parish of St. Tammany, State of

Louisiana, respectfully represents that:

I.

MADE DEFENDANT HEREIN:

A.  ROSS DRESS FOR LESS, INC., (hereinafter referred to as "Defendant") a foreign
     corporation authorized to do and actually doing business in the Parish of St. Tammany,
     State of Louisiana.

II.

Defendant is indebted unto your petitioner, **GENEVA JAMES**, for reasonable damages,

together with legal interest from the date of judicial demand until paid and for all costs of the

proceedings for the following reasons, to wit:

III.

On or about August 7, 2020 petitioner, **GENEVA JAMES**, an invited guest, and customer,

was shopping at the Ross Dress for Less, Inc. located at 61113 Airport Rd, Slidell, LA 70460,

Parish of St. Tammany, State of Louisiana.

IV.

As the petitioner was returning an item at the customer service desk, suddenly and without

warning she slipped in a puddle of clear liquid causing her to violently fall into the purse rack and

then to the ground.

**FAX FILED**
8/5/21

**V.**

On information and belief, there were no warning signs in place to inform patrons such as the petitioner that the ground contained a dangerous and/or hazardous condition.

**VI.**

The aforementioned dangerous condition presented an unreasonable risk of harm to Petitioner, which harm was reasonably foreseeable by Defendant.

**VII.**

Your petitioner respectfully avers that the Defendant is liable under the doctrine of res ipsa loquitur by owning and/or maintaining a defective and unreasonably dangerous condition in their care, custody, and control. All of which were the proximate cause of the petitioner's injuries.

**VIII.**

Your petitioner avers that the accident was caused solely negligence of the Defendant, **ROSS DRESS FOR LESS, INC.,** in accordance with the following non-exclusive list of particulars to-wit:

A. By creating a hazardous condition and failing to remedy and/or protect customers by providing a safe passageway;

B. By maintaining a defective condition on their premises (a defective walkway/thorough way where customers traverse);

C. Res Ipsa Loquitur

D. Respondent Superior;

E. Failing to post warning signs;

F. Inadequate and unreasonable maintenance procedures;

G. Failure to keep the walkway safe after sufficient notice that said walkway could result in an unreasonably dangerous condition;

H. Failing to provide proper walking surface;

I. Failure to have proper inspection procedures to visualize the unreasonably dangerous conditions;

J. Any acts of negligence, which will be provided at the trial of this matter.

**IX.**

As a result of the incident described above, the petitioner, GENEVA JAMES, sustained serious and permanent personal injuries to her entire body.

**X.**

Petitioner, **GENEVA JAMES** is entitled to reasonable damages for the following:

A)   Past, Present, and Future Medical Expenses;

B)   Past, Present and Future Physical Pain and Suffering;

C)   Past, Present, and Future Mental Anguish;

D)   Past, Present and Future Emotional Distress;

E)   Permanent Disability and Loss of Function;

F)   Loss of Enjoyment of Life;

G)   Past, Present, and Future Loss of Wages and Loss of Earning Capacity;

H)   All medical, hospital, doctors, injuries, pharmaceutical and prosthetic bills; and

I)   Any other general or specific damages to which petitioner is entitled under the laws of Louisiana.

**XI.**

Your petitioner avers amicable demand to no avail.

**WHEREFORE,** petitioner prays that the defendant be cited to appear herein and answer, and after all due proceedings had, there be judgment in favor of your petitioner, **GENEVA JAMES,** and against the defendant, **ROSS DRESS FOR LESS, LLC** for such sums as are reasonable in the premises, together with all costs of these proceedings, and interest from date of judicial demand.

Further, for all other general and equitable relief.

Respectfully Submitted:

ALEXANDRE BONIN (#31054)
ROLAND CHRISTIAN BONIN (#34865)
JEAN-MARC BONIN (#36804)
4224 Canal St.
New Orleans, LA 70119
Office: (504) 586-0064
Fax: (504) 488-4114
jmvb@boninlawfirm.com

and
QUINN EARLY(#39002)
909 Poydras St. Suite 2950
New Orleans, LA 70112
Office: (504) 821-9900
Fax: (504) 821-8080
Quinn_Early@outlook.com

**PLEASE SERVE:**

**ROSS DRESS FOR LESS, INC.**
Through their agent of service:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

# BONIN LAW

**ALEXANDRE E. BONIN**
*Attorney*
acb@boninlawfirm.com

**JUDGE PAUL A. BONIN (Ret.)**
*Of Counsel*
pab@boninlawfirm.com

**4224 CANAL STREET**
**NEW ORLEANS  *  70119**
T (504) 586-0064
F (504) 488-4114

**R. CHRISTIAN BONIN**
*Attorney*
rcb@boninlawfirm.com

**J. MARC BONIN**
*Attorney*
jmvb@boninlawfirm.com



2 0 2 1 · 1 3 4 9 6 A
FILED

August 5, 2021



AUG 0 9 2021

MELISSA R. HENRY, CLERK
Deputy
Sandra Burris, Deputy Clerk

<u>Via Facsimile ONLY</u>
985-809-8777
22nd Judicial District Court
**St. Tammany Parish Clerk of Court**
701 N. Columbia Street
Covington, LA 70433

RE: Geneva James v. Ross Dress for Less, INC
<u>Petition For Damages</u>

Dear Clerk of Court:

Please find enclosed the Petition for Damages, that we are filing by facsimile today. Kindly acknowledge your receipt and file motions into the record. Your usual courtesies as always are appreciated.

With best regards, I remain

Sincerely,

CRISTAL AMAYA
Assistant, Bonin Law Firm

Encl.

FAX FILED
8/5/21

2021 AUG -9 P 2: 26
MELISSA R. HENRY
CLERK OF COURT

ST TAMMANY PARISH
STATE OF LOUISIANA
FILED FOR RECORD

# Uniti Fiber Fax Service
## FAX DELIVERY NOTIFICATION

Account: FB9858098777
8/5/2021 4:27:13 PM

The following fax was successfully sent to the specified recipient.

Fax Number:     15044884114
Remote CSID:     (station ID of receiving fax device)
Pages:     1
Status:     No errors

## FAX TRANSMISSION DETAILS

Sent On:     8/5/2021 4:27:57 PM
Duration:     56 seconds
Speed:     14400 bps
Retries:     0
Event ID:     101ced7f-3cb9-4441-a382-e1c7dffb8af3







**Melissa R. Henry**
CLERK OF COURT
22nd Judicial District Court
Parish of St. Tammany

WE NOW OFFER E-FILING
PLEASE SEE OUR WEBSITE WWW.STTAMMANYCLERK.ORG

---

DATE OF CONFIRMATION:  August 5, 2021                    **GENEVA JAMES**

TO: **CRYSTAL AMAYA**                              FAX: **504-488-4114**

FROM: ST TAMMANY PARISH CLERK OF COURT          Phone: **985-809-8700**
                                                 Fax:   **985-809-8777**

DATE FAX FILING RECEIVED:      August 5, 2021

SUIT CAPTION:  GENEVA JAMES VS ROSS DRESS FOR LESS INC

DOCUMENT RECEIVED:  NEW SUIT PETITION FOR DAMAGES

SUIT NUMBER:   2021-13496 A              TOTAL AMOUNT DUE: $415

RECEIPT OF TRANSMISSION
PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE FRONT
PAGE OF THE ORIGINAL PLEADINGS WHEN FILING TO ENSURE THAT THE ORIGINALS ARE FILED IN THE SAME
SUIT AS THE FAX FILING.

PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A.    Any document in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court
      shall make available for their use equipment to accommodate facsimile filing in civil actions. *Filing shall be
      deemed complete at the time the facsimile transmission is received by the clerk of court.* No later than on the first
      business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a
      confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original
      document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk
      of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and
      effect as filing the original document, if the filing party complies with Subsection B of this Section.

B.    Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the
      following shall be delivered to the clerk of court:

      (1)   The original document identical to the facsimile filing in *number of pages and in content of each
            page including any attachments, exhibits, and orders.* A document not identical to the facsimile
            filing or which includes pages not included in the facsimile filing shall not be considered the
            original document.
      (2)   The fees for the facsimile filing and filing of the original document stated on the confirmation of
            receipt, if any. (This charge  includes fees for (a) filing the faxed documents, (b)  fax confirmation
            fee of $15.00 and (c) fee for filing of the original pleadings.)
      (3)   A transmission fee of five dollars.

C.    If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile
      filing shall have no force or effect. The various district courts may provide by court rule for other matters related
      to filings by facsimile transmission.

PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS.
ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

---

P.O. Box 1090  Covington LA 70434  (985) 809-8700

# BONIN LAW

**ALEXANDRE E. BONIN**
*Attorney*
aeb@boninlawfirm.com

**JUDGE PAUL A. BONIN (Ret.)**
*Of Counsel*
pab@boninlawfirm.com

4224 CANAL STREET
NEW ORLEANS * 70119
T (504) 586-0064
F (504) 488-4114

**R. CHRISTIAN BONIN**
*Attorney*
rcb@boninlawfirm.com

**J. MARC BONIN**
*Attorney*
jmvb@boninlawfirm.com

August 5, 2021

<u>Via Facsimile ONLY</u>
985-809-8777
22nd Judicial District Court
St. Tammany Parish Clerk of Court
701 N. Columbia Street
Covington, LA 70433

2021  13496 A
Geneva James

RE: Geneva James v. Ross Dress for Less, INC
<u>Petition For Damages</u>

Dear Clerk of Court:

Please find enclosed the Petition for Damages, that we are filing by facsimile today. Kindly acknowledge your receipt and file motions into the record. Your usual courtesies as always are appreciated.

With best regards, I remain

Sincerely,

CRISTAL AMAYA
Assistant, Bonin Law Firm

Encl.

**FAX**
AUG - 5 2021
**COPY**

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST.TAMMANY

STATE OF LOUISIANA

No.:  2021  13496                           DIVISION: " A "

GENEVA JAMES

VERSUS

ROSS DRESS FOR LESS, INC.

FILED:_____          _____
                                                    DEPUTY CLERK:

PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsel comes petitioner, **GENEVA**

**JAMES**, a person of the full age of majority and a resident of the parish of St. Tammany, State of

Louisiana, respectfully represents that:

I.

MADE DEFENDANT HEREIN:

A. **ROSS DRESS FOR LESS, INC.**, (hereinafter referred to as "Defendant") a foreign
corporation authorized to do and actually doing business in the Parish of St. Tammany,
State of Louisiana.

II.

Defendant is indebted unto your petitioner, **GENEVA JAMES**, for reasonable damages,

together with legal interest from the date of judicial demand until paid and for all costs of the

proceedings for the following reasons, to wit:

III.

On or about August 7, 2020 petitioner, **GENEVA JAMES**, an invited guest, and customer,

was shopping at the Ross Dress for Less, Inc. located at 61113 Airport Rd, Slidell, LA 70460,

Parish of St. Tammany, State of Louisiana.

IV.

As the petitioner was returning an item at the customer service desk, suddenly and without

warning she slipped in a puddle of clear liquid causing her to violently fall into the purse rack and

then to the ground.

FAX
AUG 5 2021
COPY

**V.**

On information and belief, there were no warning signs in place to inform patrons such as the petitioner that the ground contained a dangerous and/or hazardous condition.

**VI.**

The aforementioned dangerous condition presented an unreasonable risk of harm to Petitioner, which harm was reasonably foreseeable by Defendant.

**VII.**

Your petitioner respectfully avers that the Defendant is liable under the doctrine of res ipsa loquitur by owning and/or maintaining a defective and unreasonably dangerous condition in their care, custody, and control. All of which were the proximate cause of the petitioner's injuries.

**VIII.**

Your petitioner avers that the accident was caused solely negligence of the Defendant, **ROSS DRESS FOR LESS, INC.**, in accordance with the following non-exclusive list of particulars to-wit:

A. By creating a hazardous condition and failing to remedy and/or protect customers by providing a safe passageway;

B. By maintaining a defective condition on their premises (a defective walkway/thorough way where customers traverse);

C. Res Ipsa Loquitur

D. Respondent Superior;

E. Failing to post warning signs;

F. Inadequate and unreasonable maintenance procedures;

G. Failure to keep the walkway safe after sufficient notice that said walkway could result in an unreasonably dangerous condition;

H. Failing to provide proper walking surface;

I. Failure to have proper inspection procedures to visualize the unreasonably dangerous conditions;

J. Any acts of negligence, which will be provided at the trial of this matter.

**IX.**

As a result of the incident described above, the petitioner, **GENEVA JAMES,** sustained serious and permanent personal injuries to her entire body.

FAX
Page 2 of 4
AUG. 5 2021
COPY

**X.**

Petitioner, GENEVA JAMES is entitled to reasonable damages for the following:

A)   Past, Present, and Future Medical Expenses;

B)   Past, Present and Future Physical Pain and Suffering;

C)   Past, Present, and Future Mental Anguish;

D)   Past, Present and Future Emotional Distress;

E)   Permanent Disability and Loss of Function;

F)   Loss of Enjoyment of Life;

G)   Past, Present, and Future Loss of Wages and Loss of Earning Capacity;

H)   All medical, hospital, doctors, injuries, pharmaceutical and prosthetic bills; and

I)   Any other general or specific damages to which petitioner is entitled under the laws
     of Louisiana.

**XI.**

Your petitioner avers amicable demand to no avail.

WHEREFORE, petitioner prays that the defendant be cited to appear herein and answer, and after all due proceedings had, there be judgment in favor of your petitioner, GENEVA JAMES, and against the defendant, ROSS DRESS FOR LESS, LLC for such sums as are reasonable in the premises, together with all costs of these proceedings, and interest from date of judicial demand.

Further, for all other general and equitable relief.

Respectfully Submitted:

ALEXANDRE BONIN (#31054)
ROLAND CHRISTIAN BONIN (#34865)
JEAN-MARC BONIN (#36804)
4224 Canal St.
New Orleans, LA 70119
Office: (504) 586-0064
Fax: (504) 488-4114
jmvb@boninlawfirm.com

and

QUINN EARLY(#39002)
909 Poydras St. Suite 2950
New Orleans, LA 70112
Office: (504) 821-9900
Fax: (504) 821-8080
Quinn_Early@outlook.com

FAX
Page 3 of 4
AUG - 5 2021
COPY

2021 13496 A

<u>PLEASE SERVE:</u>

ROSS DRESS FOR LESS, INC.
Through their agent of service:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA  70816

9503858900                                                    P.01/01

# TRANSACTION REPORT

AUG/05/2021/THU 01:29 PM

FAX(RX)

| # | DATE | START .T. | SENDER | | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|-----------|--------|----|----------|------|-----------|------|
| 001 | AUG/05 | 01:27PM | | FAX | 0:01:24 | 5 | OK | ECM 8518 |

AUG/05/2021/THU 04:27 PM          FAX No.                              P. 001/001



## Melissa R. Henry
### CLERK OF COURT
22nd Judicial District Court
Parish of St. Tammany

### WE NOW OFFER E-FILING
PLEASE SEE OUR WEBSITE WWW.STTAMMANYCLERK.ORG

---

DATE OF CONFIRMATION:  August 5, 2021          GENEVA JAMES 2 0 2 1 · 1 3 4 9 6 A

TO: CRYSTAL AMAYA          FAX: <u>504-488-4118</u>  FILED

FROM: ST TAMMANY PARISH CLERK OF COURT   Phone: 985-809-8700
          Fax:  985-809-8777   AUG 0 9 2021

DATE FAX FILING RECEIVED:  __August 5, 2021__

SUIT CAPTION: GENEVA JAMES VS ROSS DRESS FOR LESS INC      MELISSA R. HENRY - CLERK
          Deputy
DOCUMENT RECEIVED: NEW SUIT PETITION FOR DAMAGES       Sandra Burris, Deputy Clerk

SUIT NUMBER:  2021-13496 A          TOTAL AMOUNT DUE: $415

### RECEIPT OF TRANSMISSION
PLEASE ATTACH THIS FAXED RECEIPT OF TRANSMISSION TO THE FRONT
PAGE OF THE ORIGINAL PLEADINGS WHEN FILING TO ENSURE THAT THE ORIGINALS ARE FILED IN THE SAME
SUIT AS THE FAX FILING.

### PLACE NEW SUIT NUMBER ON ALL PLEADINGS.

La. R.S. 13:850. Facsimile transmission; filings in civil actions; fees; equipment and supplies

A.   Any <u>document</u> in a civil action may be filed with the clerk of court by facsimile transmission. All clerks of court
     shall make available for their use equipment to accommodate facsimile filing in civil actions. *Filing shall be
     deemed complete at the time the facsimile transmission is received by the clerk of court.* No later than on the first
     business day after receiving a facsimile filing, the clerk of court shall transmit to the filing party via facsimile a
     confirmation of receipt and include a statement of the fees for the facsimile filing and filing of the original
     document. The facsimile filing fee and transmission fee are incurred upon receipt of the facsimile filing by the clerk
     of court and payable as provided in Subsection B of this Section. The facsimile filing shall have the same force and
     effect as filing the original document, if the filing party complies with Subsection B of this Section.

B.   Within seven days, exclusive of legal holidays, after the clerk of court receives the facsimile filing, all of the
     following shall be delivered to the clerk of court:

     (1)   The original document identical to the facsimile filing in *number of pages and in content of each
           page including any attachments, exhibits, and orders.* A document not identical to the facsimile
           filing or which includes pages not included in the facsimile filing shall not be considered the
           original document.
     (2)   The fees for the facsimile filing and filing of the original document stated on the confirmation of
           receipt, if any. (This charge includes fees for (a) filing the faxed documents, (b) fax confirmation
           fee of $15.00 and (c) fee for filing of the original pleadings.)
     (3)   A transmission fee of five dollars.

C.   <u>If the filing party fails to comply with any of the requirements of Subsection B of this Section, the facsimile
     filing shall have no force or effect.</u> The various district courts may provide by court rule for other matters related
     to filings by facsimile transmission.

### PLEASE CALL THE CLERK'S OFFICE IF YOU HAVE ANY QUESTIONS.
### ATTENTION FILING CLERK
THIS IS THE ORIGINAL OF A PREVIOUSLY FAXED PLEADING.

---

P.O. Box 1090  Covington LA 70434  (985) 809-8700





*Melissa R. Henry*

**CLERK OF COURT**
22ⁿᵈ Judicial District Court
Parish of St. Tammany

August 16, 2021

East Baton Rouge Parish Sheriff's Office
Attn.: Civil Department
P.O. Box 3277
Baton Rouge, La. 70821

Re:     Geneva James
        VS. 202113496 Division A
        Ross Dress For Less, INC.

Dear Sir:

Enclosed please find a citation along with certified copy of Petition for Damages to be served on
the following:

| Name: | Address: |
|---|---|
| Ross Dress For Less, INC. through their agent of service: CT Corporation System | 3867 Plaza Tower Dr. Baton Rouge, LA.  70816 |

Please find a check(s) in the amount of $_____ payable to you for your services.
After service has been made, please mail your return to this office.

Sincerely,

*Lashon Millon*

Lashon Millon
Deputy Clerk

**P.O. Box 1090 · Covington LA 70434 · (985) 809-8700**

Geneva James

VS  202113496 Division A

Ross Dress For Less, INC.

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

**TO THE DEFENDANT:** <u>Ross Dress For Less, INC., through their agent of service: CT Corporation System, 3867 Plaza Tower Dr. Baton Rouge, LA. 70816</u>

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this ___9th day of August, 2021___

BY: _Lashon Millon_  Melissa R. Henry, Clerk of Court

Lashon Millon, Deputy Clerk

Issued: 08/16/2021

Counsel or Pro Se:
Alexandre Bonin
Attorney at Law
4224 Canal St.
New Orleans, LA. 70119

Received on _____, 2021, and on _____, 2021 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____Parish, a distance of _____ miles from the Justice Center.

_____

Deputy Sheriff

Parish of _____

101 - 15 day regular Citation
Rev 7/16

# RETURN

Geneva James

VS  202113496 Division A

Ross Dress For Less, INC.

22nd Judicial District Court

Parish of St. Tammany

State of Louisiana

TO THE DEFENDANT:  Ross Dress For Less, INC., through their agent of service: CT
Corporation System, 3867 Plaza Tower Dr. Baton Rouge, LA. 70816

You are hereby summoned to comply with the demand contained in the petition of which a
true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance,
either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice
Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of
Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default
judgment against you.

By order of the Honorable Judges of said Court this   9th day of August, 2021

*Melissa R. Henry,* Clerk of Court

BY: *Lushon Millon*

Lashon Millon, Deputy Clerk

Issued:  08/16/2021

Counsel or Pro Se:
Alexandre Bonin
Attorney at Law
4224 Canal St.
New Orleans, LA. 70119

Received on _____, 2021, and on _____, 2021 I served named party through the
I made service on named party or
the within _____ CT Corporation

on _____ AUG 24 2021 in person
by tendering a copy of this document to
at domicile with _____ Ashley Minville

in _____ Parish, a distance of _____ miles from the Justice Center

F. CUMMINS

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Deputy Sheriff

Parish of _____

RECEIVED

AUG 23 2021

E.B.R. SHERIFF'S OFFICE

101 - 15 day regular Citation
Rev 7/16

FILED

SEP 07 2021

MELISSA B. HENRY - CLERK
Deputy
Phyllis Elias, Deputy Clerk

**OFFICIAL RECEIPT**



**St. Tammany Parish Clerk of Court**

**P.O. Box 1090**
**Covington, LA 70434**
**Civil Suits (985) 809-8776**

Payor
TAMMY MILLER/JANET DOTSON

Receipt No.
**CVI-37110-2021**

Transaction Date
09/17/2021

| Description | Amount Paid |
|---|---|
| Miscellaneous Payment | |
| Civil Division: Photo Copy | 9.00 |
| Civil Division: Photo Copy Fee - $0.50/Page | 9.00 |
| Civil Division: Certification under Act of Congress | 5.00 |
| Civil Division: Certification under the Act of Congress - $5 | 5.00 |
| Civil Division: Postage | 2.16 |
| Civil Division: Postage Fee - $Variable | 2.16 |
| 3% Credit/Debit Card Fee | 0.48 |
| Draw Down Account 3% Credit/Debit Card Fee - $Variable | 0.48 |
| SUBTOTAL | 16.64 |

**PAYMENT TOTAL** 16.64

| | |
|---|---|
| Credit Card (Ref #4237) Tendered | 16.64 |
| Total Tendered | 16.64 |
| Change | 0.00 |

PHONE REQUEST: 504-830-4440, 215 BEVERLY DR METAIRIE 70001 (MAILING: 3838 N CAUSEWAY BLVD STE 2900 METAIRIE 70002)
CASE: 2021-13496 RE: ENTIRE DOCKET (UNDER ACT OF CONGRESS)

| 09/17/2021 12:54 PM | Cashier Station CV040 | Audit 15175519 |
|---|---|---|

**OFFICIAL RECEIPT**

**ST TAMMANY PARISH
COC**

701 N COLUMBIA ST, 701 N
COLUMBIA ST
COVINGTON, LA 70433
9858098700
https://www.sttammanyclerk.org

Cashier: Demisha F.

Transaction **600003**

| | |
|---|---|
| **Total** | **$16.64** |
| CREDIT CARD SALE | $16.64 |
| VISA 4237 | |

17-Sep-2021 12:51:16P
$16.64 | Method: KEYED
VISA XXXXXXXXXXXX4237
 MANUALLY ENTERED
Reference ID: 126000546917
Auth ID: 03498G
MID: ***********0286

CVCS

Payment ZBTMGME9RJNF4

Clover Privacy Policy
https://clover.com/privacy